**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-01732-WYD

MITCHELL PINSLY, derivatively on behalf of JANUS CAPITAL GROUP, INC.,

    Plaintiff,

v.

STEVEN L. SCHEID,
RICHARD M. WEIL,
TIMOTHY K. ARMOUR,
PAUL F. BALSER,
ANDREW COX,
JEFFREY DIERMEIER,
J. RICHARD FREDERICKS,
DEBORAH GATZEK,
LAWRENCE KOCHARD,
ROBERT T. PARRY,
JOCK PATTON,
GLENN SCHAFER,
GREGORY A. FROST,
JONATHAN D. COLEMAN,
R. GIBSON SMITH, and
JAMES P. GOFF,

    Defendants,

and

JANUS CAPITAL GROUP, INC,

    Nominal Defendant.

## NOTICE OF ERRATA

Plaintiff hereby respectfully notifies the Court and all Parties that the signature block on page 27 of Plaintiff's Verified Shareholder Derivative Complaint (Dkt. No. 1), contains an incorrect address for The Shuman Law Firm. The Shuman Law Firm's correct address is the following:

1

Kip B. Shuman
Rusty E. Glenn
The Shuman Law Firm
885 Arapahoe Avenue
Boulder, CO 80304
Phone: (303) 861-3003
Fax: (303) 484-4886

Dated:  July 5, 2011

**THE SHUMAN LAW FIRM**

*s/ Rusty E. Glenn*
KIP B. SHUMAN
RUSTY E. GLENN
885 Arapahoe Avenue
Boulder, CO 80304
Phone: (303) 861-3003
Fax: (303) 484-4886

*Counsel for Plaintiff*

2

## **Certificate of Service**

     I hereby certify that the foregoing was filed with this Court on July 5, 2011 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                            *s/ Rusty E. Glenn*
                                                             Rusty E. Glenn