IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-01732-WYD-BNB

MITCHELL PINSLY, derivatively on behalf of
JANUS CAPITAL GROUP, INC.,

Plaintiff,

v.

STEVEN L. SCHEID,
RICHARD M. WEIL,
TIMOTHY K. ARMOUR,
PAUL F. BALSER,
ANDREW COX,
JEFFREYDIERMEIER,
J. RICHARD FREDERICKS,
DEBORAH GATZEK,
LAWRENCE KOCHARD,
ROBERT T. PARRY,
JOCK PATTON,
GLENN SCHAFER,
GREGORY A. FROST,
JONATHAN D. COLEMAN,
R. GOBSON SMITH, and
JAMES P. GOFF,

Defendants,

and

JANUS CAPITAL GROUP, INC.,

Nominal Defendant.

## ORDER

This matter arises on the **Joint Motion: (1) For Extension of Time to Respond to Complaint; (2) To Reschedule the September 28, 2011 Scheduling Conference; and (3) To**

**Set Briefing Schedule** [Doc. # 22, filed 8/25/2011] (the "Motion").

IT IS ORDERED:

(1)     The Motion [Doc. # 22] is GRANTED;

(2)     The defendants may have to and including **October 7, 2011**, to respond to the Complaint;

(3)     In the event any defendant files a motion to dismiss, the plaintiff shall respond to any motion to dismiss on or before **November 21, 2011**; and any moving party shall reply on or before **December 21, 2011**; and

(4)     The scheduling conference set for September 28, 2011, is VACATED and RESET to **December 7, 2011, at 9:00 a.m.**

Dated August 26, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge