IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-01732-WYD-BNB

MITCHELL PINSLY, derivatively on behalf of JANUS CAPITAL GROUP, INC.,

    Plaintiff,

v.

STEVEN L. SCHEID, et al.,

    Defendants.

and

JANUS CAPITAL GROUP, INC,

    Nominal Defendant.

_____

Consolidated with

Civil Action No.  11-cv-02142-WYD-BNB

CHARLES D. SWANSON, derivatively on behalf of JANUS CAPITAL GROUP, INC.,

    Plaintiff,

v.

RICHARD M. WEIL, et al.,

    Defendants,

and

JANUS CAPITAL GROUP, INC,

    Nominal Defendant.

## ORDER

In light of the fact that Case No. 11-cv-01732-WYD-BNB, *Pinsley v. Sheid, et al.*, has been dismissed, that case is no longer the lead case and shall hereafter be taken

off the caption.  All filings shall now be made in Case No. 11-cv-02142-WYD-BNB,

*Swanson v. Weil, et al.*

Dated: March 26, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge